**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Oscar Jaime NUNEZ–DENIZ, a.k.a.**
**Oscar Nunez, a.k.a. Oscar Jaime**
**Nunez, Defendant–Appellant.**

**No. 15–10451**

United States Court of Appeals,
Ninth Circuit.

Submitted October 18, 2016 *

Filed October 20, 2016

Krissa Marie Lanham, USPX–Office of the US Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Oscar Jaime Nunez–Deniz, Pro Se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

#### MEMORANDUM **

Oscar Jaime Nunez–Deniz appeals from the district court's judgment and challenges his 63–month sentence for being an

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

illegal alien found in the United States following deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Nunez–Deniz's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Nunez–Deniz the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Nunez–Deniz has waived his right to appeal his sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

* This disposition is not appropriate for publication and is not precedent except as provided